UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                        Case No. 2:16–cr–20636–AJT–MKM
                                            Hon. Arthur J. Tarnow

Gavin Awerbuch,

           Defendant(s),

_____/

**NOTICE TO APPEAR**

    The following defendant(s) are hereby notified to appear: Gavin Awerbuch

    The defendant(s) shall appear before District Judge Arthur J. Tarnow at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SENTENCING: October 30, 2017 at 02:30 PM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/T McGovern
                                                             Acting in the absence of Michael Lang

Dated: August 2, 2017